CORNELIA L. SWINNERTON v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Application denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HELEN TIBBETTS v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Application denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUISE D. VANDERBILT v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Application denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELISE I. TAPPIN v. LINDSLEY TAPPIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOSEPH W. HARRIMAN, Surviving Trustee, etc., of WILLIAM M. HARRIMAN, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

MARY BAMONTE, as Administratrix, etc., of FRANK BAMONTE, Deceased, v. ARTHUR DAVENPORT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

VANDERBILT AMUSEMENT CO., INC., v. EDWARD ROYCE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

PARK-LEX HOLDING CORPORATION v. HARRY SHWITZER and Others.—Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

THOMAS LENANE, JR., and Another, as Surviving Executors, etc., of THOMAS LENANE, Deceased, v. THE KANSAS CITY SOUTHERN RAILWAY COMPANY.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.